IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | **:** | **Civil No. 1:08-cr-073** |
| | **:** | |
| **Plaintiff,** | **:** | |
| | **:** | |
| **v.** | **:** | |
| | **:** | |
| **ANDREW N. GRIFFITH,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | **Judge Sylvia H. Rambo** |

## O R D E R

**AND NOW**, this 22nd day of March, 2017, **IT IS HEREBY ORDERED** that the motion filed pursuant to 28 U.S.C. § 2255 is **DENIED**.


 s/Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge